# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

FILED
AUG 29 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Shane Nicholas Miller
*[You are the PLAINTIFF, print your full name on this line.]*

v.

J. Knocke
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 1:22CV287
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Staff Person requesting action on correspondence J. Knocke | Indiana Department of Corrections Westville Correctional Facility 5501 South 1100 West Westville, IN 46391 |
| 2 | *[Put the names of any other defendants in these boxes.]* Name of ~~court~~ reviewing authority J. Algozine | Indiana Department of Corrections Westville Correctional Facility 5501 South 1100 West Westville, IN 46391 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __2__

2. What is the name and address of your prison or jail? Westville Correctional Facility: 5501 South 1100 West Westville, IN 46391

3. Did the event you are suing about happen there? ☒ Yes. ○ No, it happened at: _____

4. On what date did this event occur? 5-18-22

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 5-18-22 when we recieved our mail bags here at Westville Corrections unit, my mail bag contained the following. It contained #1 A Package from Islamic Outreach Dawah Program, which is a 501c3 Non-Profit organization which helps incarcerated Muslims by providing them with Educational materials, Kufis, Prayer Rugs, ETC. The #1 Package from the Islamic Outreach Dawah program consisted of 3 books. (The Nobel Quran), (Fortress of the Muslim), (The Forty Hadith of Al-Nawawi), and a Prayer Rug which was confiscated by J. Knocke and J. Algozine. My mailbag also contained a #2 (Disposition of offender Personal Property) which stated my Prayer Rug was confiscated because it can be purchased on Commisary. The last thing my mailbag contained was #3 a Request Slip back from the Chaplin, where I asked him if I could recieve his written Permission to recieve a Prayer Rug and Kufi from the Islamic outreach Dawah Program a 501c3 Non-Profit organization that helps provide Indigent incarcerated Muslims with the following. The Chaplin stated that I did have

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

his permission.

2. When I recieved #2 the (Disposition of offender personal property) from J. Knocke and J. Algozine, I then followed the proper procedures by filing a Formal Grievance on 5-25-22. It has been well over the 14 Buisness days that the Indiana Department of Corrections policy states that they have to respond to a Formal Grievance. I have not recieved a response to my Grievance or my Prayer Rug. I feel as though my Civil Rights are being violated simply because I am Muslim. I am seeking compisation in the amount of $500,000.00. I hope that you please take this matter and complaint sincerly as I do my Religion. I would like to say thank you for your time and have a very Blessed day.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

I filed a Grievance but never recieved a response. My Grievance was filed on 5-25-22, It's now _____ and I still have not recieved a response.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

If I win this case I am seeking compisation in the amount of $500,000.00

[Initial Each Statement]
   SM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   SM  I will keep a copy of this complaint for my records.
   SM  I will promptly notify the court of any change of address.
   SM  I WILL NOT send more than one copy of any filing to the court.
   SM  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   SM  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 8/16/2022 at 7:00 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Shane Miller_____                                _____225698_____
Signature                                             Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]