UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SHANE NICHOLAS MILLER, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-CV-287-HAB-SLC |
| J. KNOCKE, et al., | |
| Defendants. | |

ORDER

Shane Nicholas Miller, a prisoner without a lawyer, filed a complaint under 42 U.S.C. § 1983 in the Fort Wayne Division related to events occurring at Westville Correctional Facility. Mr. Miller and the Defendants are all located within the geographical boundaries of the South Bend Division, and the events giving rise to the complaint occurred in that Division. Pursuant to N.D. IND. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED on August 30, 2022.

s/Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT